UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

ANGEL ARROYO,

                           Plaintiff,

           -against-

HEALTHFIRST, INC., HEALTHFIRST
MANAGEMENT INC.,

                     Defendant(s).

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/22/2020

19-cv-6230 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

      It has been reported to the Court that this case has been settled. Accordingly, it is hereby:

      ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated:  January 22, 2020
          New York, New York

                                                      Vernon S. Broderick
                                                      United States District Judge